# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  HOPKINS, VIRGINIA E. | 2. Court or Organization  U.S. DISTRICT COURT | 3. Date of Report  04/29/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2012  to  12/31/2012 |

**7. Chambers or Office Address**

619 HUGO L. BLACK COURTHOUSE
1729 5TH AVENUE N
BIRMINGHAM, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST #1 (UNFUNDED) |
| 2. | POWER OF ATTORNEY (POA #1) | ATTORNEY IN FACT |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/29/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Teaching at the University of Virginia | $8,400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | SELF EMPLOYED ATTORNEY PRACTICE |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH WELLS FARGO BANK ACCOUNT | A | Interest | J | T | | | | | |
| 2. YUM BRANDS COMMON | A | Dividend | J | T | | | | | |
| 3. CASH - LEGACY CREDIT UNION ACCOUNT | A | Interest | K | T | | | | | |
| 4. CASH - MORGAN STANLEY SMITH BARNEY ACCOUNT | A | Dividend | J | T | | | | | |
| 5. CASH - DREYFUS LIQUID LIQUID ASSETS FUND CLASS 2 ACCOUNT | A | Dividend | K | T | | | | | |
| 6. CITIBANK SOUTH DAKOTA BANK DEPOSIT ACCOUNT | B | Interest | J | T | | | | | |
| 7. ABB, LTD | | None | | | Buy | 01/30/12 | K | | |
| 8. | | | | | Sold | 04/02/12 | K | A | |
| 9. ALEXION PHARM INC | | None | | | Buy | 09/24/12 | K | | See Section VIII Addtl Inf |
| 10. | | | | | Sold | 12/26/12 | J | C | See Section VIII Addtl Inf |
| 11. AMAZON.COM INC. | | None | K | T | Buy (add'l) | 08/21/12 | J | | |
| 12. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 13. AMERICAN CENTURY EQUITY INCOME | A | Dividend | K | T | Buy (add'l) | 07/30/12 | J | | |
| 14. AMERICAN TOWER REIT COM | A | Dividend | K | T | Buy | 10/1/12 | K | | |
| 15. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 16. AMERISOURCEBERGEN CORP | A | Dividend | | | Sold | 02/17/12 | J | A | |
| 17. ANADARKO PETROLEUM CORP | A | Dividend | K | T | Buy (add'l) | 02/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/28/12 | J | A | |
| 19. APPLE INC | A | Dividend | K | T | Buy (add'l) | 07/27/12 | K | | |
| 20. | | | | | Buy (add'l) | 08/21/12 | J | | |
| 21. AVAGO TECHNOLOGIES LTD ORD | A | Dividend | | | Sold | 06/01/12 | J | A | |
| 22. BAIDU INC SPON ADR RPTING | | None | | | Sold | 01/04/12 | J | A | |
| 23. BORGWARNER INC. | | None | | | Sold | 01/04/12 | J | A | |
| 24. CATERPILLAR INC. | A | Dividend | | | Buy (add'l) | 08/21/12 | J | | |
| 25. | | | | | Sold | 11/21/12 | J | A | |
| 26. CERNER CORP | | None | | | Buy (add'l) | 07/27/12 | J | | |
| 27. | | | | | Buy (add'l) | 08/21/12 | J | | |
| 28. | | | | | Sold | 09/24/12 | K | B | |
| 29. CF INDUSTRIES HOLDINGS INC | A | Dividend | K | T | Buy (add'l) | 08/21/12 | K | | |
| 30. COACH INC.. | A | Dividend | | | Sold | 06/01/12 | K | A | |
| 31. COGNIZANT TECH SOLUTIONS CRP | | None | | | Buy (add'l) | 08/21/12 | J | | |
| 32. | | | | | Sold | 11/28/12 | K | A | |
| 33. COMCAST CORP (NEW) CLASS A | A | Dividend | K | T | Buy | 05/04/12 | K | | |
| 34. | | | | | Buy (add'l) | 06/15/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COMP DE BEB AMBEV SP ADR | A | Dividend | K | T | Buy | 02/03/12 | K | | |
| 36. | | | | | Buy (add'l) | 02/08/12 | J | | |
| 37. | | | | | Sold | 06/01/12 | K | A | |
| 38. | | | | | Buy | 07/05/12 | J | | |
| 39. | | | | | Buy (add'l) | 08/21/12 | K | | |
| 40. DAVITA INC | | None | J | T | Buy | 12/26/12 | J | | |
| 41. DEERE & CO | A | Dividend | | | Buy (add'l) | 02/08/12 | J | | |
| 42. | | | | | Sold | 05/04/12 | K | A | |
| 43. EMC CORP MASS | | None | | | Buy | 01/30/12 | K | | |
| 44. | | | | | Buy (add'l) | 08/21/12 | J | | |
| 45. | | | | | Sold | 10/1/12 | K | B | |
| 46. EOG RESOURCES INC. | A | Dividend | K | T | Buy (add'l) | 11/28/12 | J | | |
| 47. EQUINIX INC NEW | | None | K | T | Buy | 11/28/12 | K | | |
| 48. FASTENAL CO | A | Dividend | K | T | Buy | 02/09/12 | K | | |
| 49. | | | | | Buy (add'l) | 03/13/12 | J | | |
| 50. | | | | | Buy (add'l) | 04/05/12 | J | | |
| 51. | | | | | Buy (add'l) | 08/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/30/12 | J | | |
| 53. HERSHEY COMPANY | | None | K | T | Buy | 12/17/12 | K | | |
| 54. HOME DEPOT INC | A | Dividend | K | T | Buy | 09/27/12 | K | | |
| 55. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 56. ISHARES BARCLAY 3 - 7 YEAR TREAS BD FD | A | Dividend | L | T | | | | | |
| 57. ISHARES BARCLAYS AGGREGATE BOND FUND | B | Dividend | L | T | | | | | |
| 58. ISHARES BARCLAYS 1 - 3 YEAR TREAS BD FD | A | Dividend | L | T | | | | | |
| 59. ISHARES SILVER TRUST | | None | K | T | Buy (add'l) | 08/21/12 | J | | |
| 60. METROPOLITAN WEST TOT RET BD I | A | Dividend | K | T | Buy | 08/21/12 | K | | |
| 61. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 62. OCCIDENTAL PETROLEUM CORP - DEL | A | Dividend | | | Buy (add'l) | 08/21/12 | K | | |
| 63. | | | | | Sold (part) | 11/13/12 | J | A | |
| 64. | | | | | Sold | 11/19/12 | J | A | |
| 65. OREILLY AUTOMOTIVE INC NEW | | None | K | T | Buy | 06/21/12 | J | | |
| 66. | | | | | Buy (add'l) | 08/21/12 | J | | |
| 67. QUALCOMM INC | A | Dividend | | | Buy (add'l) | 02/06/12 | J | | |
| 68. | | | | | Sold | 06/01/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ROSS STORES INC | A | Dividend | K | T | Buy | 07/05/12 | J | | |
| 70. | | | | | Buy (add'l) | 07/30/12 | J | | |
| 71. | | | | | Buy (add'l) | 08/21/12 | J | | |
| 72. ROSETTA RESOURCES INC | | None | K | T | | | | | |
| 73. SPDR BARCLAYS CAPITAL TIPS | B | Dividend | L | T | | | | | |
| 74. SHERWIN WILLIAMS COMPANY OHIO | | None | | | Buy | 11/28/12 | K | | |
| 75. | | | | | Sold | 12/03/12 | K | A | |
| 76. STARBUCKS CORP | A | Dividend | K | T | Buy (add'l) | 02/06/12 | J | | |
| 77. | | | | | Buy (add'l) | 06/19/12 | J | | |
| 78. | | | | | Buy (add'l) | 08/21/12 | J | | |
| 79. UNION PACIFIC CORP | A | Dividend | K | T | Buy (add'l) | 08/21/12 | K | | |
| 80. WHOLE FOODS MKT INC | A | Dividend | K | T | Buy (add'l) | 02/06/12 | J | | |
| 81. | | | | | Buy (add'l) | 08/21/12 | J | | |
| 82. SAP AG SPONS ADR-USD | A | Dividend | K | T | | | | | |
| 83. SPDR GOLD TRUST | | None | L | T | | | | | |
| 84. US TSY INFL PRT NOTE 02.000% DUE 7/15/14 | A | Interest | | | Sold (part) | 04/16/12 | J | A | |
| 85. | | | | | Sold | 06/13/12 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. POA #1 | | | | | | | | | |
| 88. CASH - WELLS FARGO BANK | D | Interest | K | T | | | | | See Section VIII Addtl Inf |
| 89. CASH - LEGACY FEDERAL CREDIT UNION | B | Interest | M | T | | | | | See Section VIII Addtl Inf |
| 90. CASH - WELLS FARGO BROKERAGE ACCT | | None | M | T | | | | | See Section VIII Addtl Inf |
| 91. AT&T INC | C | Dividend | L | T | | | | | See Section VIII Addtl Inf |
| 92. EXELIS INC | B | Dividend | K | T | | | | | See Section VIII Addtl Inf |
| 93. HARTFORD FINL SVCS GROUP INC | B | Dividend | L | T | | | | | See Section VIII Addtl Inf |
| 94. ITT CORP | A | Dividend | | | Sold | 07/03/12 | K | E | See Section VIII Addtl inf |
| 95. LORD ABBETT INV TR SHORT DURATION INC CL C | A | Dividend | K | T | Buy | 10/01/12 | K | | See Section VIII Addtl inf |
| 96. PEPSICO INCORPORATED | B | Dividend | K | T | | | | | See Section VIII Addtl Inf |
| 97. PFIZER INCORPORATED | C | Dividend | L | T | | | | | See Section VIII Addtl Inf |
| 98. XYLEM INC | A | Dividend | | | Sold | 07/03/12 | L | F | See Section VIII Addtl Inf |
| 99. GOLDMAN SACHS GROUP NOTES 4.25% DUE 12/15/14 | C | Interest | M | T | | | | | See Section VIII Addtl Inf |
| 100. ALABAMA ST PORT AUTH BONDS 5.00% DUE 10/1/12 | A | Interest | | | Redeemed | 10/01/12 | K | A | See Section VIII Addtl Inf |
| 101. DISCOVER BK CD DUE 10/22/13 | C | Interest | M | T | | | | | See Section VIII Addtl Inf |
| 102. VERSUS BANK OF COMMERCE CD 2.15% MATURES 11/30/16 | B | Interest | L | T | | | | | See Section VIII Addtl Inf |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. WELLS FARGO ADVANTAGE STRATEGIC MUN BD FD (X) | B | Interest | M | T | | | | | See Section VIII Addtl Inf |
| 104. HARTFORD MUTUAL FUNDS INC FLOATING RATE FD CL C | C | Dividend | M | T | | | | | See Section VIII Addtl Inf |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE IRREVOCABLE LIFE INSURANCE TRUST # 1 REPORTED IN SECTION 1, LINE 1 IS UNFUNDED AND THEREFORE IS NOT INCLUDED IN SECTION VII, "INVESTMENTS AND TRUSTS"

SECTION VII, LINES 88 - 104 - THESE ASSETS ARE REPORTED UNDER THE POWER OF ATTORNEY LABELED POA #1 AS DESCRIBED IN PART 1, POSITIONS.

SECTION VII, LINES 9 AND 10 - ALEXION PHARM INC - THE DIFFERENCE IN VALUE CODE FOR THE PURCHASE OF THIS INVESTMENT ON 9-24-12 AND THE SALE OF THIS INVESTMENT ON 12-26-12 IS PURELY DUE TO DECREASES IN THE MARKET VALUE OF THE SHARES HELD. THERE WERE NO FURTHER DISPOSITIONS TO REPORT.

SECTION VII, LINE 99 - GOLDMAN SACHS GROUP NOTES - THE DIFFERENCE IN VALUE CODE FROM VALUE HELD AT 12-31-11 AND VALUE HELD AT 12-31-12 IS PURELY RELATED TO INCREASES IN THE MARKET VALUE OF THE INVESTMENT. THERE WERE NO FURTHER ACQUISITIONS TO REPORT FOR THIS INVESTMENT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ VIRGINIA E. HOPKINS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544